CARRIE M. BUSTIN, as Executrix of JOHN W. BUSTIN, Deceased, Respondent, *v.* C. T. HOOKWAY CONSTRUCTION COMPANY, Appellant.

*Contract — action to recover for materials furnished — defense of payment.*

*Bustin* v: *Hookway Construction Co.*, 190 App. Div. 929, affirmed.
(Argued March 22, 1921; decided April 19, 1921.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 7, 1920, unanimously affirming a judgment in favor of plaintiff entered upon a verdict. The action was brought to recover a balance due for certain paving block alleged to have been sold and delivered to defendant by plaintiff's intestate in his lifetime. The answer was a general denial and alleged as a separate defense that the paving block was purchased from testator as agent for a certain foreign corporation and that the balance alleged to be due had been paid to said corporation.

*William H. Harding* for appellant.

*Waldo Weston* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, CRANE and ANDREWS, JJ.